**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION**

| | |
|---|---|
| CHRISTOPHER MCLENDON,<br>Plaintiff,<br><br>v.<br><br>MOUNTAIN LAUREL ASSURANCE COMPANY,<br>Defendant. | Case No. ________________________ |

**CITIZENSHIP DISCLOSURE STATEMENT PURSUANT TO RULE 7.1(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 7.1(a)(2) of the *Federal Rules of Civil Procedure*, Defendant, Mountain Laurel Assurance Company ("Mountain Laurel" or "Defendant") states as follows:

- Mountain Laurel is a domestic corporation incorporated in the state of Ohio with its principal place of business in Mayfield, Ohio.
- Progressive Direct Holdings, Inc., owns 10% or more of Mountain Laurel stock. Progressive Direct Holdings, Inc. is a Delaware corporation with its principal place of business in Delaware. The Progressive Corporation owns 10% or more of Progressive Direct Holdings, Inc.'s stock. It is an Ohio corporation with its principal place of business in Mayfield, Ohio.

Respectfully submitted,

**SPEARS, MOORE, REBMAN & WILLIAMS, PC**

By: *\/s/ Cynthia D. Hall*

Cynthia D. Hall
(BRP No. 15468)
P.O. Box 1749
Chattanooga, TN 37401-1749
Telephone: 423.756.7000
cdh@smrw.com

Christopher A. Abel
(*pro hac vice* application forthcoming)
Forrest M. Via
(*pro hac vice* application forthcoming)
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone: 757.628.5500
Facsimile: 757.628.5566
cabel@wilsav.com

*Counsel for Defendant Mountain Laurel Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2026, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record:

J. Bart Denham
(BRP No. 042596)
Denham Property and Injury Law Firm
250 W. Main St., Suite 120
Lexington, Kentucky 40507
Telephone: 859.900.2278
Joey@Denham.Law
Service@Denham.Law
*Counsel for Plaintiff*

*/s/ Cynthia D. Hall*

Cynthia D. Hall
(BRP No. 15468)
P.O. Box 1749
Chattanooga, TN 37401-1749
Telephone: 423.756.7000
cdh@smrw.com
*Counsel for Defendant Mountain Laurel Insurance Company*